No. 784. NEVADA AND NEW YORK *v.* STACHER. Seventh Judicial District Court in and for the County of White Pine, Nevada. Certiorari granted. *William T. Matthews,* Attorney General, and *Jack Streeter* and *George M. Dickerson,* Special Assistant Attorneys General, for the State of Nevada, and *Nathaniel L. Goldstein,* Attorney General, *Wendell P. Brown,* Solicitor General,

*Paul W. Williams,* Special Assistant Attorney General, and *Edward L. Ryan,* Assistant Attorney General, for the State of New York, petitioners.